# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TANNER JAI CROOK,**                                                **PLAINTIFF**
**ADC #660328**

**v.**                                 **4:20CV00306-BRW-JTK**

**CRAIG, et al.**                                                    **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendants Kelley, Craig, and Anderson are DISMISSED, for failure to state a claim.

IT IS SO ORDERED, this 6th day of May, 2020.

                                                           Billy Roy Wilson_____
                                                           UNITED STATES DISTRICT JUDGE