**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

TANNER JAI CROOK,
ADC #660328                                                                                                      PLAINTIFF

4:20CV00306-BRW-JTK

CRAIG, et al.                                                                                                     DEFENDANTS

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.    There have been no objections.    After a review of those

proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, Defendant's Motion for Summary Judgment on the issue of exhaustion

(Doc. No. 23) is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice.

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 23rd day of March, 2021.


<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE

1