IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TANNER JAI CROOK,
ADC #660328                                                                                          PLAINTIFF

4:20CV00306-BRW-JTK

CRAIG, et al.                                                                                        DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of March, 2021.


                                            Billy Roy Wilson
                                   UNITED STATES DISTRICT JUDGE